UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARI HOFFMAN et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>WASHINGTON STATE HOUSE OF REPRESENTATIVES et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:26-cv-05214-DGE<br><br>ORDER ON BRIEFING SCHEDULE REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 2) |

　　Before the Court is Plaintiffs' emergency motion for temporary restraining order ("TRO"). (Dkt. No. 2.) Plaintiffs contend Defendants have violated their right to free speech and press under the First Amendment of the United States Constitution and Article I, Section 5 of the Washington Constitution, as well as Plaintiffs' right to due process under the Fourteenth Amendment of the United States Constitution and Article I, Section 3 of the Washington Constitution. (*Id.* at 15, 19–20.) Plaintiffs further argue Defendants' actions have violated the non-delegation doctrine. (*Id.* at 22.) Defendants Bernard Dean, The Legislature of the State of Washington, The State of Washington, Washington State House of Representatives, and the

ORDER ON BRIEFING SCHEDULE REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 2) - 1

1  Washington State Capitol Correspondents Association filed notice of intent to respond to the
2  emergency motion for TRO.  (Dkt. Nos. 3, 5.)

3      The Court sets the following briefing schedule:

4      1.  Defendants' responses are due by 12:00 p.m. on Friday, March 6, 2026.

5      2.  Plaintiffs' reply, if any, is due by 12:00 p.m. on Sunday, March 8, 2026.

6      3.  An in-person hearing on the emergency motion for TRO is set for Monday, March 9,
7          2026 at 1:30 p.m. in Courtroom B of the United States Courthouse in Tacoma,
8          Washington.

9      Dated this 4th day of March, 2026.



David G. Estudillo
United States District Judge

ORDER ON BRIEFING SCHEDULE REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 2) - 2