HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARI HOFFMAN, BRANDI KRUSE, and JONATHAN CHOE,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE HOUSE OF REPRESENTATIVES, CHIEF CLERK BERNARD DEAN in his official capacity, THE LEGISLATURE OF THE STATE OF WASHINGTON, and WASHINGTON STATE CAPITOL CORRESPONDENTS ASSOCIATION,<br><br>Defendants. | CASE NO 3:26-cv-05214-DJE<br><br>DECLARATION OF JERRY CORNFIELD IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER |

I, Jerry Cornfield, declare as follows:

1. I am over the age of 18 and competent to testify. I make the following statements based on my personal knowledge.

2. I am a full-time reporter based year-round at the state Capitol in Olympia, Wash. Since 2023 I have been a reporter and deputy editor of the Washington State Standard, which is part of States Newsroom, the nation's largest state-focused

DECLARATION OF JERRY CORNFIELD
No. 3:26-cv-05214-DJE - 1

Johnston George LLP
2800 First Avenue, Suite 226
Seattle, WA 98121
Ph 206 832-1820

nonprofit news organization. I previously spent 20 years covering the Capitol beat for The Daily Herald of Everett, Wash.

3. I am the current president of the Washington State Capitol Correspondents Association ("CCA"), one of the defendants in this action. I have been a CCA member since 2004.

4. The CCA is not a government entity and receives no government funding. It is a private unincorporated association based in Olympia, Wash. It is voluntary and self-governing. In 2026, the CCA's members comprise a subset of the Capitol press corps that is based full-time in the state Capitol during legislative sessions.

5. The CCA's official purpose is to work with legislative leaders in maintaining a good relationship between the Legislature and the Capitol press corps and in regulating the issuance of press credentials and the conduct of media representatives covering legislative proceedings. The CCA has long recognized that the administration of press facilities in the legislative buildings and the processing of press credentials is subject to approval by the House speaker and Senate president and to the rules of the two legislative bodies.

6. Prior to this year, at the request of the House and Senate, the CCA handled the initial vetting of requests for press credentials. After plaintiffs Brandi Kruse and Jonathan Choe threatened a lawsuit during the 2025 legislative session, the CCA ceded that role to the House and Senate.

7. The CCA, at the request of the House, has offered recommendations

DECLARATION OF JERRY CORNFIELD
No. 3:26-cv-05214-DJE - 2

Johnston George LLP
2800 First Avenue, Suite 226
Seattle, WA 98121
Ph 206 832-1820

concerning applicants for 2026 temporary and full session passes. CCA recommendations are based on publicly available guidelines and are guided by the following principle:

> The press must be independent from the government and from the political parties, their constituent groups, and the many organizations which have a stake in the Legislature's proceedings. Blurring that line would raise questions about the motives of everyone in the press corps, and risk having the Legislature revoke or restrict the access we have maintained in the public interest for many years.

8. Before the rise of online-only publications, CCA approved credentials only for people working at a daily or weekly newspaper or an FCC-licensed TV or radio station. In 2009, CCA amended its guidelines to allow for providing credentials to professionals who earn most of their living from a journalistic entity that is covered by Washington's media shield law, RCW 5.68.010, and that has been continuously operating as a news organization for at least one year. That includes news sources whose distribution is Internet-based.

9. On Jan. 26, 2026, Ari Hoffman applied to the House for a day pass. The CCA, in response to a request for a recommendation, did not support the request.

10. On Feb. 2, 2026, Brandi Kruse applied to the House for a day pass. The CCA, in response to a request for a recommendation, did not support the request.

11. On Feb. 2, 2026, Jonathon Choe applied to the House for a day pass. The CCA, in response to a request for a recommendation, did not support the request.

I declare under penalty of perjury that the foregoing is true and correct.

DECLARATION OF JERRY CORNFIELD
No. 3:26-cv-05214-DJE - 3

Johnston George LLP
2800 First Avenue, Suite 226
Seattle, WA 98121
Ph 206 832-1820

1

2   DATED this 6th day of March 2026, at Olympia, Wash.

3

4

5   _____

6   Jerry Cornfield

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JERRY CORNFIELD
No. 3:26-cv-05214-DJE - 4

Johnston George LLP
2800 First Avenue, Suite 226
Seattle, WA 98121
Ph 206 832-1820