

HON. DAVID G. ESTUDILLO

FILED ____ LODGED
____ RECEIVED
MAR 09 2026
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARI HOFFMAN, BRANDI KRUSE, and JONATHAN CHOE,

Plaintiffs,

v.

WASHINGTON STATE HOUSE OF REPRESENTATIVES; CHIEF CLERK BERNARD DEAN, in his official capacity; THE LEGISLATURE OF THE STATE OF WASHINGTON; THE STATE OF WASHINGTON; and the WASHINGTON STATE CAPITOL CORRESPONDENTS ASSOCIATION, a Washington State non-profit association,

Defendants.

CASE NO. 3:26-cv-05214-DGE

**NOTICE OF FILING NON-PDF MATERIALS WITH THE COURT**

Counsel for defendants the Washington State House of Representatives, Chief Clerk Bernard Dean and the State of Washington hereby alert the clerk that they will be filing a thumb-drive with the Court containing Exhibit F to the Declaration of Melissa Palmer In Support of Defendants' Response to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 15). Exhibit F is a true and correct audio recording of plaintiff Ari Hoffman's podcast dated January 29, 2026 titled <u>KVI in the Legislature</u>.

NOTICE OF FILING NON-PDF MATERIALS WITH THE COURT - 1
CASE NO. 3:26-cv-05214-DGE

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone 206.676.7000
Fax 206.676.7001

