UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARI HOFFMAN et al.,

Plaintiff,

v.

WASHINGTON STATE HOUSE OF REPRESENTATIVES et al.,

Defendant.

CASE NO. 3:26-cv-05214-DGE

MINUTE ORDER

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

On August 18, 2026, the Parties filed a stipulated motion for protective order. (Dkt. No. 38.) The Parties did not follow the Court's procedure for stipulated motions for protective order because they did not provide this Court with a redlined copy of the Court's model order, nor did they send a proposed order via email. The procedure for filing a stipulated protective order can be found on the Court's website. Accordingly, the Parties' stipulated protective order is DENIED without prejudice.

Dated this 19th day of August 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.