UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ARI HOFFMAN et al.,<br><br>Plaintiff,<br>v.<br><br>WASHINGTON STATE HOUSE OF REPRESENTATIVES et al.,<br><br>Defendant. | CASE NO. 3:26-cv-05214-DGE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WASHINGTON STATE CAPITOL CORRISPONDENTS ASSOCIATION WITH PREJUDICE (DKT. NO. 45) |

The Court finds and ORDERS that Plaintiff's Motion to Dismiss Defendant Washington State Capitol Correspondents Association with prejudice on September 8, 2026 (Dkt. No. 45) is GRANTED.

The Court hereby dismisses all actions against the Washington State Capitol Correspondents Association with prejudice. The dismissal is without fees or costs against any party. All actions against other parties shall continue as pled.

This matter shall be recaptioned as reflected in Exhibit A of Plaintiffs' Motion to Dismiss Washington State Capitol Correspondents Association.

Dated this 21st day of September, 2026.

David G. Estudillo
United States District Judge