UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ARI HOFFMAN et al.,

Plaintiff,

v.

WASHINGTON STATE HOUSE OF REPRESENTATIVES et al.,

Defendants.

CASE NO. 3:26-cv-05214-DGE

MINUTE ORDER

The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

The Court conducted a hearing on the Parties' Joint Discovery Dispute Statement (Dkt. No. 51) and the Plaintiffs' privilege log (Dkt. No. 52). As discussed during that hearing, the Parties are directed as follows:

1. Plaintiffs shall file an updated version of their privilege log by October 19, 2026 with the amendments required by the Court during the October 6, 2026 discovery hearing.
2. Parties shall meet and confer by October 21, 2026 regarding the updated privilege log.

3. Defendants shall file their motion to compel regarding the updated privilege log by November 3, 2026.
4. Plaintiffs shall file a response by November 10, 2026.
5. Defendants shall file a reply by November 16, 2026.

Dated this 6th day of October 2026.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.